# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:     Counsel of Record

FROM:   Judge Roger W. Titus

RE:     *United States of America v. Alvin Bradley*
        Criminal No. RWT-16-0376

DATE:   December 8, 2016

\* \* \* \* \* \* \* \* \*

By agreement of the parties, the rearraignment of the above Defendant has been scheduled for **December 12, 2016 at 1:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge